# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Rita Pratt, Individually and as the Personal Representative of the Estate of William Pratt, Deceased, Respondent,

v.

Amisub of SC, Inc. d/b/a Piedmont Medical Center; Jaleesa Heyward, RN; South Carolina Emergency Physicians, LLC; Jonas Varaly, DO; Rock Hill Radiology Associates, LLC; and Geoffrey T. Gilleland, M.D.; Defendants,

of which Rock Hill Radiology Associates, LLC, and Geoffrey T. Gilleland, M.D., are the Petitioners.

Appellate Case No. 2025-000563

———

Appeal from York County
Daniel Dewitt Hall, Circuit Court Judge

———

Opinion No. 28318
Heard December 16, 2025 – Filed March 4, 2026

———

## DISMISSED AS IMPROVIDENTLY GRANTED
———

Andrew F. Lindemann, of Columbia, of Lindemann Law Firm, P.A.; Matthew Holmes Henrikson, of Greenville, of Henrikson Law Firm, LLC, for Petitioners.

Jordan Christopher Calloway, Chad Alan McGowan, Ashley White Creech, and Eve Shafer Goodstein, all of

Rock Hill, and Jay Franklin Wright, of Greenville, all of McGowan Hood Felder & Phillips, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Pratt v. Amisub of SC, Inc.*, 445 S.C. 199, 912 S.E.2d 268 (Ct. App. 2025). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL, JJ., and Acting Justice Jane H. Merrill, concur.**